UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Derrick Hentschel

        v.

                           Case No. 15-cv-215-SM

Rockingham County Department of
Corrections

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 20, 2015, for the reasons set forth therein.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

Plaintiff's federal and state law claims alleging a denial of adequate medical care for his knee are hereby dismiss without prejudice to plaintiff's ability to litigate his state law claims in state court.

SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

Date: December 9, 2015

cc:   Derrick Hentschel, pro se