UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Derrick R. Hentschel</u>

        v.

<u>Rockingham County Department of Corrections</u>

Civil No. 15-cv-215-SM

<u>O R D E R</u>

After due consideration of the objection/Response filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 26, 2016, for the reasons set forth therein.

Plaintiff's federal and state law claims alleging denial of adequate medical care for his knee and spine, and the denial of adequate mental health care are hereby dismissed, without prejudice to his ability to litigate his state law claims in state court.

SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

Date: March 30, 2016

cc:   Derick Hentschel, pro se
      Corey Belobrow, Esq.