UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Derrick D. Hentschel

v.

Case No. 15-cv-215-SM

Rockingham County Department of
Corrections


O R D E R


No objection having been filed, I herewith approve the
Report and Recommendation of Magistrate Judge Andrea K.
Johnstone dated October 26, 2016, for the reasons set forth
therein.   "'[O]nly those issues fairly raised by the objections
to the magistrate's report are subject to review in the district
court and those not preserved by such objection are precluded on
appeal.'"   School Union No. 37 v. United Nat'l Ins. Co., 617
F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of
Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see
also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir.
1986) (after proper notice, failure to file a specific objection
to magistrate's report will waive the right to appeal).

Defendant's Motion for Summary Judgment (document no. 38)
is hereby granted, and plaintiff's ADA Claim is hereby

dismissed.  The Clerk of Court shall enter judgment in

accordance with this order and close the case.


        SO ORDERED.

                                    _____
                                    Steven J. McAuliffe
                                    United States District Judge


Date: November 28, 2016

cc:   Derrick D. Hentschel, pro se
      Corey M. Belobrow, Esq.